Argued July 26, affirmed July 26, petition for rehearing denied
August 23, petition for review denied October 2, 1973

STATE OF OREGON, *Respondent, v.* RILEY
KEVIN O'FERRALL (No. 20857),
*Appellant.*

511 P2d 1270

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued
the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort,
Judges.

Affirmed from the bench.